In re Marion F. PRUSS, Debtor.

Marion F. Pruss, Appellant,

v.

Richard J. Butler and Kathleen Laughlin, Appellees.

**BAP No. 98–6070NEO.**

United States Bankruptcy Appellate Panel for the Eighth Circuit.

Nov. 20, 2000.

### JUDGMENT

Pursuant to the judgment of the United States Court of Appeals, the mandate in this case is hereby recalled and the Panel's opinion and judgment of June 8, 1999 are vacated. Certified copies issued forthwith.